## STATEMENT OF OFFENSE

On Saturday, October 4, 2025, Complaining Witness D.E. responded to the 1D Police Station of the Metropolitan Police Department ("MPD") and reported that "IT" had been robbed in front of 3915 C Street SE, Washington, DC around 4:14 PM on the prior day, October 3, 2025. D.E. explained that IT commonly purchases and resells electronics on an online marketplace known as "OfferUp." Your affiant understands that OfferUp is similar to the online marketplaces of Craigslist, Facebook, and eBay.

D.E. Reported that on Friday, October 3, 2025, at approximately 3:23 PM, D.E. was contacted by an OfferUp user with a display name of "Jayden Brown" (hereinafter, the "Suspect"). The Suspect expressed interest in purchasing a Sony PlayStation 5 videogame console from D.E. for $350. The Suspect also offered an extra $20 if D.E. could deliver the item as well. The Suspect provided a delivery address of 3915 C Street SE. D.E. asked to meet at a public location, and they ultimately agreed to meet near a school in that area. D.E. then continued to communicate with the Suspect about the price of the item, if accessories were included, and method of payment. The Suspect stated that he will pay with CashApp, an online finance application. The Suspect then convinced D.E. to meet at the original location of 3915 C Street SE, Washington, DC. At approximately 4:10 PM on that day, the Suspect asked "wya [where you at?]," to which D.E. replied, "4 mins" followed by "I'm outside" at 4:16 PM.

D.E. then described meeting with the Suspect. D.E. exited IT's vehicle—a white Honda Accord—and walked to the trunk to show to the Suspect the PlayStation 5, which was inside of a bag. The Suspect then attempted to access his CashApp application, but was not able to because his phone service purportedly was not working. The Suspect continued to fumble around on his phone before retrieving a black pistol out of his pocket. The Suspect pointed the pistol at D.E. and instructed IT to give him the bag. D.E. complied and relinquished the bag, which contained the PlayStation 5. While doing so, D.E. dropped IT's black Apple iPhone 11 into the bag. The Suspect then instructed that D.E. get back into IT's vehicle and drive off. D.E. reported that as IT drove away, IT saw the Suspect fleeing.

D.E. described the Suspect as a Black male of medium-brown complexion, approximately 20 to 22 years old, slim build, height between 5'8" to 5'9", with short twists in his hair and multiple tattoos on his neck. The Suspect was wearing a black or gray top with jeans.

D.E. provided the following screenshot of the Suspect's OfferUp profile:



Follow-up investigation was assigned to MPD Detective Babich. Detective Babich located automated license plate reader images of D.E.'s vehicle driving towards the offense location at approximately 4:14 PM and driving away from the offense location at approximately 4:26 PM.

Detective Babich also located a 911 call made to the DC Office of Unified Communications ("OUC") on October 3, 2025 at approximately 4:22 PM. The 911 call was in reference to an armed robbery that had just occurred at/near 3917 C Street SE. The caller ("Witness 1") reported that IT had witnessed "a male pull a gun out on someone" and described the male as a short Black male in his twenties wearing gray distressed jeans and black skullcap. The caller reported that a "male pulled out [a] purple bag when the male pulled a gun on him." MPD officers responded to the location in response to the call, but could not locate a victim. The officers did, however, make contact with Witness 1, who described both D.E. and the Suspect. Witness 1 reported that D.E. had given to the Suspect a purple bag, and while speaking to the Suspect, the Suspect pulled out a firearm. Officers also made contact with Witness 2 and Witness 3, who shared portions of surveillance video depicting the offense. Officers also located a black Apple iPhone at the scene. The Officers recovered the iPhone, but did not obtain a copy of the surveillance video.

Upon learning of this information, Detective Babich responded to the 3900 block of C Street SE and located Witness 2 and Witness 3. Detective Babich obtained a copy of the surveillance video, which showed portions of the offense. The video is from a motion-activated camera, so portions of the offense were not captured.

The video shows that the Suspect arrived in the 3900 Block of C Street SE on an electric scooter at approximately 4:05 PM. The video next shows that the Suspect rode through the block at approximately 4:08 PM. At approximately 4:16 PM, the Suspect rode up to a white sedan.



The Suspect dropped the scooter and leaned into the front-passenger window of the white sedan.

The next recorded motion starts at about 4:21 PM, and the Suspect is walking away from the white sedan. The rear trunk of the sedan is open, and the Suspect is holding a purple bag. An individual, who appears to be consistent with D.E., is seen running away from the Suspect.



      The Suspect briefly walks out of frame but quickly returns, and someone is heard saying something to the effect of, "Roll out, matter of fact [unintelligible] roll out, roll out, the fuck." The Suspect then retrieved his scooter and rode it away on C Street SE. Meanwhile, D.E. started the white sedan and drove away.

      Detective Babich located an additional surveillance video depicting the area approximately one block away from the offense location. The video shows an individual crossing Ridge Road SE from the South side of the street at approximately 4:05 PM, heading in the direction of the offense location. The video also shows an individual crossing Ridge Road SE back from the North side at approximately 4:22 PM. These times are consistent with the times at which the Suspect is believed to have arrived at, and fled from, the offense location.

      On Saturday, October 4, 2025, at approximately 5:34 PM, OUC received a separate 911 call for a robbery in the area of 40th Street and Blaine Street NE, Washington, DC. MPD responded to the area and located Complaining Witness D.H. across from 117 40th Street NE.

      D.H. reported that "IT" currently lives in ▓▓▓▓▓ and had listed for sale two PlayStation 5 games on OfferUp: a 2026 NCAA Football PlayStation 5 game and a 2026 Madden PlayStation 5 game. In response, D.H. was contacted by OfferUp account with a display name of "Jayden Brown" (*i.e.*, the Suspect). D.H. and the Suspect began to message about where and when they could meet to conduct the transaction. They initially agreed on October 3, 2025. The Suspect requested that D.H. meet him at 3915 C Street SE and provided a phone number. CW obtained a ride to 3915 C Street SE and waited for a while, but was unsuccessful in meeting up with the Suspect. D.H. then returned to IT's residence in ▓▓▓▓▓, at which point the Suspect contacted IT again and expressed an interest in purchasing the games.

      The next day, on Saturday, October 4, 2025, D.H. and the Suspect continued to message each other. At approximately 11:58 AM, the Suspect said that he is at his house at ▓▓▓▓▓ ▓▓▓▓▓ and that he had the money to pay for the games. At 4:02 PM, D.H. agreed to go to the location and messaged, "Ok calling my ride to you now text u when I'm on the way." The Suspect told D.H. that he intended on purchasing both PlayStation games.

      D.H. obtained a ride to 117 40th Street NE, which is adjacent to the side of ▓▓▓▓▓ ▓▓▓▓▓. D.H. waited approximately five minutes before IT saw the Suspect approaching from the 200 Block of 40th Street NE. The Suspect walked up to D.H. and asked if IT had the PlayStation 5 games. D.H. presented the games and pulled out IT's silver Apple iPhone 13 Pro in an attempt to get the Suspect to pay for the games through CashApp. The Suspect then brandished

a black pistol, pointed it at D.H., and stated something to the effect of, "You know what times it is, give me everything you got." D.H. then handed over the games and IT's iPhone to the Suspect. The Suspect then instructed D.H. to unlock the iPhone. D.H. attempted to stall in hopes of someone coming to assist IT, as multiple people walked by the scene. At some point during the robbery, the Suspect told D.H. something to the effect of, "Transfer the money, you got ten minutes." D.H. and the Suspect then engaged in a struggle over the iPhone, which prompted the Suspect to strike D.H. in the head with the pistol and kick him. The Suspect then fled with the games and the iPhone.

D.H. provided a screenshot of the Suspect's OfferUp profile, which appeared to be the same profile that was involved in the robbery of D.E.



D.H. described the Suspect as a Black male with light-brown complexion, approximately 5'7" in height, approximately 140 pounds, between approximately 16 to 18 years old, with short black hair, and wearing a black hoodie, white tank top, and black sweatpants. The Suspect was not wearing a mask. D.H. did not have any visible injuries and refused medical attention.

MPD also located and interviewed Witness 4, who reported that IT was nearby when IT observed the Suspect—described as Black male, wearing dark clothing, a skull cap on his head, skinny build, and approximately 5'11" in height—walking southbound in the 200 Block of 40th Street NE, before stopping at the corner of Blaine Street and 40th Street NE. Witness 4 stated that the Suspect appeared to be talking on the phone before proceeding southbound on 40th Street NE in the direction of the location at which D.H. was standing. Moments later, Witness 4 observed the Suspect running down 40th Street NE with an object in his hand.

MPD also located and obtained surveillance video depicting the robbery from Witness 5. The video showed that between approximately 5:19 PM and 5:20 PM, a vehicle pulled up to the side of 3989 Blaine Street NE. D.H. exited the vehicle and sat on a retaining wall located in the 3900 Block of Blaine Street NE. The camera is motion activated, so the video did not show the Suspect walking up to D.H.. The video did show, however, D.H. and the Suspect engaging in some form of dialogue before the Suspect pushed D.H. onto the wall at approximately 5:30 PM. The Suspect then stepped up onto the wall and stood over D.H. while an unknown individual and a dog walked past the robbery in progress.



Moments later, the Suspect, who is still standing over D.H., grabbed D.H. and struck IT, causing D.H. to fall back onto the lawn connected to the wall. The Suspect appeared to be struggling to obtain property out of D.H.'s hand by pulling on IT's arm while D.H. was still on the ground. During the struggle, several more individuals walked by as D.H. is heard pleading for help. The Suspect instead stomped his foot on D.H.'s chest and gained control of the object in D.H.'s hand.



The Suspect can be heard saying something to the effect of, "password" and "unlock it," before leaning down towards D.H. and making a statement involving "password" several more times. As the Suspect walked, a small object can be seen falling out of his front-left pants pocket. At approximately 5:33 PM, the Suspect fled, heading northbound on 40th Street NW.



After reviewing the video footage, MPD Detective Ficht responded back to the offense location and located a small packet of "Bambu" rolling papers next to the bush that appeared to resemble the object falling out of the Suspect's pocket on the video."

Pursuant to a subpoena, OfferUp provided records associated with the Suspect's OfferUp account used in both of these robberies. Those records revealed that the account joined the platform on March 13, 2025. The records also revealed that the Target Account is registered to the email address ▮▮▮▮@gmail.com."

Pursuant to a separate subpoena, TextNow provided records associated with the phone number that the Suspect had provided to D.H. Those records revealed that the account has been a member of TextNow since January 8, 2023. The records also revealed that the account is registered to username "liltwinn37th" and email address ▮▮▮▮@gmail.com."

Based on a query on CashApp, the email ▮▮▮▮@gmail.com" is associated with the CashApp username "babydriva37" and CashApp display name Ryan WILLIAMS, as shown below.



Based on a query of a law enforcement database, WILLIAMS's last known address is ▮▮▮▮ Washington, DC. Additionally, WILLIAMS's identification card includes that residence. Moreover, on August 12, 2025, MPD responded to the residence in reference to an unrelated call regarding WILLIAMS and his sibling.

The residence is owned and operated by the D.C. Housing Authority, which maintains cameras. Based on a review of surveillance video, an individual consistent with the clothing worn by the Suspect in the armed robbery on October 3, 2025 exited this residence a few minutes before the armed robbery and entered the residence a few minutes after the armed robbery. The individual was observed riding on what appeared to be a push scooter.

On October 10, 2025, law enforcement executed a residential search warrant at ▮▮▮▮. Based on a family member living in that household, WILLIAMS and his twin brother ▮▮▮▮ each have their own bedroom in the residence. In WILLIAMS's bedroom, law enforcement observed school certificates with WILLIAMS's name on them, a Venmo debit card with WILLIAMS's name on it, a CashApp card with the name "$babydriva" and "Lil Twinn," and a notebook that says "Twinn37th." Law enforcement also observed in WILLIAMS's bedroom a PlayStation 5 videogame console, a 2026 NCAA Football PlayStation 5 game, and a 2026 Madden PlayStation 5 game.

Additionally, law enforcement observed a black Moose Knuckles jacket hanging on the door of WILLIAMS's bedroom. The jacket and location appeared to be consistent with a black

Moose Knuckles jacket that was published for sale on the Suspect's OfferUp account. Below is a screenshot of the OfferUp publication, followed by a photo taken in WILLIAMS's bedroom:



Finally, law enforcement recovered from WILLIAMS's closet a black 9mm Ruger Security-9 handgun. The handgun was loaded with one round in the chamber and a full magazine.



It should also be noted that law enforcement also recovered a separate handgun in a floor vent in the bedroom belonging to WILLIAMS's twin brother ▓▓▓▓▓▓▓▓▓▓.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before it was recovered in the District of Columbia.

Law enforcement also observed a purple bag in the common living room behind a couch and an electric scooter in a common hallway between the living room and kitchen.

As such, your affiant submits that probable cause exists to charge Ryan WILLIAMS, DOB ▓▓▓▓▓▓, with two counts of Hobbs Act Robbery, in violation of 18 U.S.C. § 1951; two counts of Using, Carrying, Possessing, and Brandishing a Firearm in Furtherance of a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii); two counts of Armed Robbery, in violations of 22 D.C. Code §§ 2801, 4502; and two counts of Possession of a Firearm During a Crime of Violence, in violation of 22 D.C. Code § 4504(b).

Respectfully submitted,

_____
Christopher Bukovec
Special Agent, Badge 101797
FBI

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on October 10, 2025.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE